Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOSEPH J. CAMPUS, III,**

    Plaintiff,

v.                                                         Case No.: 3:07cv276/MCR/MD

**HOLIDAY ISLE, LLC, an Alabama limited liability company,**

    Defendant.

_____/

**ORDER TEMPORARILY STAYING ALL PROCEEDINGS
AND TOLLING DISCOVERY**

    Pending in this case are the motion to transfer filed by defendant and the motion to remand filed by plaintiff.  The court has determined that, in the interest of justice, a stay of all further proceedings in this case is appropriate pending disposition of the parties' motions.[1]  Discovery shall be tolled until further notice by the court.

    **DONE AND ORDERED** this 26th day of July, 2007.

                                          *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**

---

[1] The stay does not affect the parties' ability to file responses to the motions as provided in the Federal Rules of Civil Procedure and the Local Rules of this court.