**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

JOSEPH J CAMPUS III

    VS                                                   CASE NO. 3:07cv276/MCR/MD

HOLIDAY ISLE LLC

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on September 5, 2007
Motion/Pleadings: PLAINTIFF'S SUPPLEMENTAL MOTION FOR REMAND TO STATE COURT
Filed by plaintiff      on 8/29/2007      Doc.# 19
RESPONSES:
                                         on                Doc.#
                                         on                Doc.#

\_\_\_\_\_ Stipulated     \_\_\_\_\_ Joint Pldg.
\_\_\_\_\_ Unopposed     \_\_\_\_\_ Consented

WILLIAM M. McCOOL, CLERK OF COURT

/s/ D.Bajzik
LC (1 OR 2)                   Deputy Clerk

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 6th day of September, 2007, that:*

*This document will not be considered by the court.  <u>See</u> Local Rule 7.1(C)(2).*

                                              s/ *M. Casey Rodgers*
                                                 *M. CASEY RODGERS*
                                               *United States District Judge*

```
Entered On Docket: _____  By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
```

Document No.